UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 1 2 2006

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC. | § § § § | |
| Plaintiff, | § | |
| vs. | § § | CIVIL ACTION NO. H-06-1123 |
| WALGREEN CO. and RIVIERA BRANDS, LLC | § § § § | JURY DEMANDED |
| Defendants. | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE INJUNCTION HEARING

Defendants Walgreen Co. and Riviera Brands, LLC ("Defendants") are unopposed to Plaintiff's Motion to Continue Injunction Hearing until May 1, 2, or 3, 2006, (depending upon the Court's schedule) in order to facilitate settlement discussions.

Respectfully submitted,

By: _____
Rosemarie Donnelly
State Bar No. 005983020
S.D.O.T. No. 10344
John D. Cleland
State Bar No. 24009959
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4004
Fax No.: (713) 238-7253

ATTORNEY IN CHARGE FOR
DEFENDANTS WALGREEN CO. AND
RIVIERA BRANDS, LLC

HOU:2566721.1

## CERTIFICATE OF SERVICE

  A copy of this document has been forwarded to counsel of record, by telecopy, on April 12, 2006 addressed as follows:

Phillip L. Sampson, Jr.
Ben D. Tobor
Anthony Matheny
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-1212

_____
Rosemarie Donnelly

HOU:2566721.1