| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FAROUK SYSTEMS, INC., §
§
       Plaintiff, §
versus §    CIVIL ACTION H-06-1123
§
§
WALGREEN CO. and §
RIVIERA BRANDS, LLC, §
§
       Defendants. §

# Final Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed May __10__, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge